HERMAN ROSE, by WILLIAM ROSE, His Guardian ad Litem, and WILLIAM ROSE, Individually, Appellants, v. YORKLYN CONSTRUCTION COMPANY, INC., Defendant, and UNDERPINNING AND FOUNDATION COMPANY, INC., Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, upon the ground that plaintiffs made out a cause of action. (*Hyland* v. *Cobb*, 252 N. Y. 325; *Dickson* v. *McCoy*, 39 id. 400; *Buchanan* v. *Stout*, 139 App. Div. 204; *Quilty* v. *Battie*, 135 N. Y. 201; *Brice* v. *Bauer*, 108 id. 428; *Keenan* v. *Gutta Percha Manfg. Co.*, 46 Hun, 544; *Hahnke* v. *Friederich*, 140 N. Y. 224; *Holzer* v. *Rosenberg*, 209 App. Div. 823.) Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ANTONIO STARACE, Respondent, v. DONATO FERRO and CELESTE FERRO, Appellants, and FRANCESCO FALCONE, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

RALPH H. TIEBOUT, JR., Appellant, v. AUGUST REDER, Respondent.— Order denying plaintiff's motion to eliminate item 3, so far as it relates to duress, from the defendant's notice of examination before trial, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs; examination to proceed on five days' notice. In the first instance the defense of duress is not involved so far as the defendant is concerned. The facts with reference thereto are part of the plaintiff's cause of action as set out in the complaint, and the burden of proof in the first instance, in order to entitle the plaintiff to the affirmative relief he seeks, rests upon the plaintiff. He, therefore, may not be examined by the defendant with respect to the facts relating thereto. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

CHARLES WOLF and Others, Respondents, v. SAMUEL RUCHMAN, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

RICHARD ZINDELL, as Administrator, etc., of WILLIAM ZINDELL, Appellant, v. SOLOMON JACOBS and FREDERICK H. GREENE, Respondents.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that it was error for the trial court to dismiss the complaint. (*Ihl* v. *Forty-second Street, etc., R. R. Co.*, 47 N. Y. 317; *Birkett* v. *Knickerbocker Ice Co.*, 110 id. 504; *Keenan* v. *B. C. R. R. Co.*, 145 id. 348.) Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.